IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02492-MSK-BNB

LETCIA PAOLI,

        Plaintiff,

v.

DSS UNITER, LLC, d/b/a Dillard's Department Store,

        Defendant.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a prior work relationship with an attorney appearing in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 22nd day of October, 2012.

                                  **BY THE COURT:**

                                  Marcia S. Krieger
                                  United States District Judge