IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02492-PAB-BNB | Date: November 13, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LETCIA PAOLI **Plaintiff(s)** | Sara A. Green |
| v. | |
| DSS UNITER, LLC **Defendant(s)** | James G. Sawtelle<br>Desmonne A. Bennett |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:58 a.m.

Appearance of counsel.

Argument presented on [10] MOTION to Stay Proceedings Pending Decision on Defendant's Motion to Compel Arbitration and Either Dismiss All Claims or Stay Proceedings Pending Arbitration and Memorandum in Support.

**ORDERED:   [10] MOTION to Stay Proceedings Pending Decision on Defendant's Motion to Compel Arbitration is GRANTED.**

**Parties are to submit a status report within 7 days of the District Court's ruling on Motion to Compel Arbitration [9]; status is include what additional pretrial matters should be scheduled, if any, based upon that ruling.**

**Scheduling conference is VACATED.**

Court in Recess: 10:23 a.m.   Hearing concluded.   Total time in Court: 00:25

 * To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119