IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02492-PAB-BNB

LETICIA PAOLI,

Plaintiff,

v.

DSS UNITER, LLC, d/b/a Dillard's Department Store,

Defendant.

_____

## ORDER
_____

This matter arises on **Defendant's Motion to Stay Proceedings Pending Decision on Defendant's Motion to Compel Arbitration [etc.]** [Doc. # 10, filed 10/15/2012] (the "Motion to Stay Discovery").  I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Stay Discovery [Doc. # 10] is GRANTED;

(2)     All discovery and Rule 26(a)(1) disclosure obligations are STAYED pending further order of the court;

(3)     The scheduling conference set for December 19, 2012, at 10:00 a.m., and related deadlines are VACATED; and

(4)     The parties shall file a status report within seven days of any ruling by the district judge on the Motion to Compel Arbitration [Doc. # 9] discussing the ruling and any additional pretrial procedures which they believe are appropriate.

Dated November 13, 2012.

BY THE COURT:

 s/ Boyd N. Boland

United States Magistrate Judge