IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02492-PAB-BNB | Date: January 30, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LETCIA PAOLI | *Elwyn F. Schaefer* |
| | *Sara A. Green* |
| **Plaintiff(s)** | |
| v. | |
| DSS UNITER, LLC | *James G. Sawtelle* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  10:27 a.m.

Appearance of counsel.

Discussion held on [9] Defendant's Motion to Compel Arbitration and Either Dismiss All Claims or Stay Proceedings Pending Arbitration and Memorandum in Support and [26] Plaintiff's Motion to Stay Proceedings and Proceed to Arbitration.

Written Order or Recommendation to issue GRANTING both motions.

Court in Recess:  10:34 a.m.    Hearing concluded.    Total time in Court: 00:07

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119